UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>A. CIOLLI, et al.,<br><br>  Defendants. | No. 1:20-cv-01802-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 14, 15) |

Plaintiff Anthony Barrett is a federal inmate appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 25, 2021, plaintiff filed a motion to return property, which the assigned magistrate judge construed as a motion seeking the granting of injunctive relief. (Doc. No. 14.) On June 2, 2021, the assigned magistrate judge entered findings and recommendations recommending that plaintiff's motion for injunctive relief be denied. (Doc. No. 15.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) No objections have been filed, and the deadline to do so has expired.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.  Among other things, the magistrate judge correctly points out that plaintiff has failed to demonstrate irreparable harm would result if his requested injunction is denied, as his allegations concern the seizure of perishable food, personal hygiene items, a radio, and other personal items.

Accordingly,

1. The findings and recommendations entered on June 2, 2021 (Doc. No. 15) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 14) is denied without prejudice.

IT IS SO ORDERED.

Dated:  **July 31, 2021**

UNITED STATES DISTRICT JUDGE