UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. CIOLLI,<br><br>　　　　Defendants. | No.  1:20-cv-01802-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTIONS TO AMEND BE DENIED<br><br>(Doc. Nos. 25, 26, 28) |

　　　　Plaintiff Anthony Curtis Barrett is a federal inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 29, 2021, plaintiff filed two separate motions requesting the court's leave to amend his complaint.  (Doc. Nos. 25, 26.)  On October 4, 2021, the assigned magistrate judge entered findings and recommendations recommending that plaintiff's motions for leave to amend be denied.  (Doc. No. 28.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service.  (*Id*. at 5.)  On October 15, 2021, plaintiff filed a document entitled "objections to the

/////

1

magistrate judge's findings and recommendations." (Doc. No. 32.)[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis. Plaintiff's objections do not undermine the magistrate judge's reasoning regarding the futility of further amendment and the impropriety of adding unrelated claims to this case.

Accordingly,

1. The findings and recommendations entered on October 4, 2021 (Doc. No. 28) are adopted in full; and

2. Plaintiff's motions for leave to amend the complaint (Doc. Nos. 25, 26) are denied.

IT IS SO ORDERED.

Dated: __November 21, 2021__             _Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE

---

[1] It appears that at least some points made in these objections pertain to the October 4, 2021 findings and recommendations regarding plaintiff's motions to amend, while other points may relate to separate findings and recommendations issued September 22, 2021. The September 22, 2021 findings and recommendations will be addressed in a separate order and any relevant objections will be addressed therein.