UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. CIOLLI, et al.,<br><br>　　　　Defendant. | Case No. 1:20-cv-01802-JLT-EPG (PC)<br><br>ORDER DIRECTING CLERK TO FILE LODGED THIRD AMENDED COMPLAINT<br><br>(ECF No. 22) |

　　　Plaintiff Anthony Curtis Barrett ("Plaintiff") is a federal inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

　　　On August 5, 2021, after several screening orders and amendments (*see* ECF Nos. 8-10, 16, 18), Plaintiff lodged his Third Amended Complaint. (ECF No. 22.) The Third Amended Complaint has been screened and this case proceeds on Plaintiff's claims for violations of his Fifth Amendment and Eighth Amendment rights. (ECF Nos. 22, 35.)

///
///
///
///

1

Accordingly, the Clerk of Court is respectfully directed to file Plaintiff's lodged Third Amended Complaint (ECF No. 22).

IT IS SO ORDERED.

Dated:   **January 11, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE