UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CIOLLI, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01802-JLT-EPG<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' APPLICATION FOR LEAVE TO FILE PRE-ANSWER MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION OF ADMINISTRATIVE REMEDIES<br><br>(ECF No. 48)<br><br><u>FOURTEEN (14) DAY DEADLINE</u> |

    Plaintiff Anthony Curtis Barrett ("Plaintiff") is a federal inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

    Before the Court is Defendants A. Ciolli, Cobbs, C. Hanson, A. Leger, Rodriguez, Scott, and Young's ("Defendants") application requesting: 1) leave to file a pre-answer motion for summary judgment on exhaustion of administrative remedies; 2) leave to take Plaintiff's deposition on administrative exhaustion issues; and 3) an extension of time to respond to the complaint until after the Court rules on the motion for summary judgment. (ECF No. 48.)

    The Court will direct Plaintiff to file a response to Defendants' request. Additionally, as the application represents that Defendants' responses to the complaint are currently due between

April 11, 2022, and May 6, 2022, the Court will extend Defendants' response deadlines until after the Court rules on Defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of service of this order, Plaintiff shall file a response to Defendants' application for leave to file a pre-answer motion for summary judgment (ECF No. 18); and
2. Defendants' deadlines to respond to the complaint are extended pending issuance of an order on Defendants' application (ECF No. 18).

IT IS SO ORDERED.

Dated:  **March 29, 2022**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

2