1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY BARRETT,                              Case No.  1:20-cv-01802-JLT-EPG (PC)

12              Plaintiff,

13        v.                                       ORDER GRANTING DEFENDANTS'
                                                   APPLICATION FOR LEAVE TO FILE PRE-
14   A. CIOLLI, et al.,                            ANSWER MOTION FOR SUMMARY
                                                   JUDGMENT ON EXHAUSTION OF
15              Defendants.                        ADMINISTRATIVE REMEDIES

16                                                 (ECF No. 48)

17

18        Plaintiff Anthony Curtis Barrett ("Plaintiff") is a federal inmate proceeding *pro se* and *in*

19   *forma pauperis* in this civil rights action pursuant to *Bivens v. Six Unknown Federal Narcotics*

20   *Agents*, 403 U.S. 388 (1971).

21        On March 28, 2022, Defendants A. Ciolli, Cobbs, C. Hanson, A. Leger, Rodriguez, Scott,

22   and Young ("Defendants") filed an application requesting: 1) leave to file a pre-answer motion

23   for summary judgment on exhaustion of administrative remedies; 2) leave to take Plaintiff's

24   deposition on administrative exhaustion issues; and 3) an extension of time to respond to the

25   complaint until after the Court rules on the motion for summary judgment. (ECF No. 48.)

26   Defendants explain that Plaintiff failed to exhaust his administrative remedies and Defendants

27   therefore plan to move for summary judgment on that basis. (*Id.* at 3.) Defendants request that the

28   Court permit them to file the exhaustion motion for summary judgment and to conduct discovery

                                              1

1    regarding exhaustion prior to filing a response to the complaint, while reserving the right to file a

2    responsive pleading, including a motion to dismiss, if the Court denies summary judgment. (*Id*.)

3            On March 29, 2022, the Court entered an order directing Plaintiff to file a response to the

4    application. (ECF No. 49.) The Court further extended Defendants' deadlines to respond to the

5    complaint pending issuance of an order on Defendants' application. (*Id.*)

6            On April 4, 2022, Plaintiff filed a motion which, among other things, included a response

7    to Defendants' application.[1] (ECF No. 50.) Plaintiff states that he did exhaust his administrative

8    remedies and has receipts. (*Id.*) Plaintiff was told to file a tort claim instead, which he did at two

9    different times on various issues. (*Id.*)

10           Having considered the application and Plaintiff's response, and in the interest of

11   efficiency and judicial economy, the Court will grant Defendants' request to file a pre-answer

12   motion for summary judgment on exhaustion grounds on an expedited basis. The Court will also

13   grant all parties leave to conduct discovery regarding exhaustion issues, including written

14   discovery, and a limited deposition of Plaintiff on the issue of administrative exhaustion.[2]

15   Defendants' deadline to respond to the complaint will also be extended until after a final ruling on

16   the motion or further order by the Court.[3]

17           Accordingly, IT IS HEREBY ORDERED that:

18       1. Defendants' Application for Leave to File Pre-Answer Motion for Summary Judgment

19          on Exhaustion of Administrative Remedies (ECF No. 48) is GRANTED  as follows;

20       2. On or before **June 6, 2022,** Defendants may file a motion for summary judgment on

21          the ground that Plaintiff failed to exhaust administrative remedies;

22       3. The parties are granted leave to conduct discovery on administrative exhaustion issues

23          only, including a limited deposition of Plaintiff solely on the issue of administrative

24

---

25   [1] The motion also requested appointment of counsel. (*See* ECF No. 50.) The Court will address this request by
     separate order.

26

27   [2] The Court will separately issue a limited scheduling order addressing discovery procedures.

28   [3] Note that the Court may order an earlier response following submission of the exhaustion motion or as otherwise
     may be appropriate under the circumstances of the case.

                                                      2

1    exhaustion;

2    4.  Within thirty (30) days from the date of service of this order, each party shall serve the

3        opposing party, or their counsel if represented, with copies of any documents

4        regarding exhaustion of Plaintiff's claims, including any requests for administrative

5        remedies, appeals, and responses from the appeals office;[4] and

6    5.  The deadline for Defendants to respond to the complaint is extended to fourteen (14)

7        days after issuance of a final ruling on Defendants' motion for summary judgment on

8        non-exhaustion of administrative remedies, unless otherwise ordered by the Court.

9

10   IT IS SO ORDERED.

11   Dated:   **April 8, 2022**          /s/ _Erica P. Grosjean_

12                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

[4] The parties are required to produce those documents that they have in their possession, custody, or control. The
28   parties do not need to produce documents or evidence that they have already produced in the course of this litigation,
     or documents or evidence that was provided to them by the opposing party.