# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. CIOLLI, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-1802 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 68, 74) |

Anthony Barrett is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).  (Doc. 1, 35.)  Defendants Ciolli, Scott, Rodriguez, Cobb, and Leger filed a motion to dismiss Plaintiff's remaining *Bivens* claims[1] following *Egbert v. Boule*, 142 S. Ct. 1793 (2022).  (Doc. 68.)

The assigned magistrate judge entered Findings and Recommendations, recommending that Defendants' motion be granted and the claims against the "Doe" defendants likewise be dismissed.  (Doc. 74.)  The Court served the Findings and Recommendations on all parties and informed them that any objections must be filed within 21 days.  (*Id.* at 12.)   The Court also informed them that "failure to file objections within the specified time may result in the waiver of

---

[1] The Court previously granted summary judgment on Plaintiff's claims for deliberate indifference to a serious medical need.  (Doc. 65.)  The remaining claims include deprivation of property without due process against Ciolli, Scott, Rodriguez, and Cobbs; and or unconstitutional conditions of confinement against A. Leger.  (*Id.* at 3.)

1

rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  To date, no objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 19, 2023 (Doc. 74) are **ADOPTED IN FULL**.
2. Defendants' motion to dismiss is **GRANTED**.
3. Plaintiff's Fifth Amendment deprivation of property claims against Defendants Ciolli, Scott, Rodriguez, Cobb, and Doe Defendants 1 through 5 are **DISMISSED**.
4. Plaintiff's Eighth Amendment conditions of confinement claims against Defendant Leger and Doe Defendants 6 through 10 are **DISMISSED**.
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 20, 2023**

UNITED STATES DISTRICT JUDGE